DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PERRY FLETCHER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3378

[February 15, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 14-6219CF10A and 14-7755CF10A.

Perry Fletcher, Arcadia, pro se.

No brief fled for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***